IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NEWCOM HOLDINGS PTY. LTD.       )
                                )
      Plaintiff,                )
                                )
      v.                        )     1:04cv136 (LMB)
                                )
IMBROS CORP                     )____
(f/k/a Funge Merger Corp.)      )
                                )
      Defendant.                )

ORDER

      For the reasons stated in the accompanying Memorandum
Opinion, plaintiff's Motion for Summary Judgment is DENIED and
defendant's Motion for Summary Judgment is GRANTED.  Accordingly,
it is hereby

      ORDERED that judgment be and is entered in defendant's favor
on all counts of the complaint and defendant's counterclaim, and
it is further

      ORDERED that the Order of June 3, 2004, prohibiting
defendant from transferring, licensing, or otherwise encumbering
the V-SIM technology be and is VACATED, and it is further

      ORDERED, ADJUDGED and DECLARED that defendant purchased from
Funge Systems, Inc., the V-SIM patent application and all related
rights free and clear of all liens and claims made by plaintiff
in this civil action.

      The Clerk is directed to enter judgment in favor of
defendant pursuant to Fed. R. Civ. P. 58(a) and to forward copies

of this Order and Memorandum Opinion to counsel of record.

Entered this 6th day of May, 2005.

_____

_____/s/_____
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia